IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01072-ZLW-BNB

JOHN E. LOPEZ,

Applicant,

v.

CARL ZENON, and
KEN SALAZAR, The Attorney General of the State of Colorado,

Respondents.

---

### ORDER

---

The parties appeared this morning for a status conference. Consistent with matters addressed at the status conference:

IT IS ORDERED that the petitioner may file an amended petition, if at all, on or before **October 14, 2005**; the respondents shall answer the amended petition on or before **December 14, 2005**; and the petitioner shall file a traverse on or before **January 16, 2006**.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to allow counsel for the petitioner to check out for review the videotapes which were filed with the court on May 6, 2005.

August 4, 2005.

BY THE COURT:

_____
United States Magistrate Judge