IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01072-ZLW-BNB

JOHN E. LOPEZ,

Applicant,

v.

CARL ZENON, and
KEN SALAZAR, The Attorney General of the State of Colorado,

Respondents.

---

**ORDER**

---

This matter is before me on the petitioner's **Motion to Permit Appointment of an Investigator and Request to Continue Briefing Schedule** (the "Motion"), filed October 14, 2005. The petitioner requests that the court appoint an investigator to assist him with this case.

Title 18 of the United States Code provides:

> Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the court ... shall authorize counsel to obtain the services.

18 U.S.C. § 3006A(e)(1) (1995). Accordingly,

IT IS ORDERED that the Motion is set for an ex parte hearing on **November 16, 2005, at 8:30 a.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into

the Alfred A. Arraj United States Courthouse will be required to show a valid photo

identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

Dated October 26, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge