IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01072-ZLW-BNB

JOHN E. LOPEZ,

Applicant,

v.

CARL ZENON, and
KEN SALAZAR, The Attorney General of the State of Colorado,

Respondents.
_____

**ORDER**
_____

This matter is before me on the petitioner's **Supplemental Memorandum of Law in Support of Applicant's Writ of Habeas Corpus Petition Pursuant to 28 U.S.C. Section 2254** (the "Supplement"), filed July 13, 2006. For the following reasons, the Supplement is STRICKEN and the petitioner is directed to file an amended petition, if any, in compliance with this Order.

On May 27, 2004, the petitioner, proceeding *pro se*, filed his Application for Writ of Habeas Corpus (the "Application"). The respondents filed an answer to the Application on August 9, 2004. The petitioner filed a Traverse on February 24, 2005. On July 18, 2005, the plaintiff's request for appointment of counsel was granted, and counsel entered an appearance for the petitioner on July 22, 2005.

On August 4, 2005, I held a status conference. I granted the petitioner leave to file an amended petition. I specifically stated that if an amended petition was to be filed, it should stand

alone, and it should not incorporate previous arguments or previous exhibits. I stated that the reason an amended petition should stand alone is because it becomes particularly complex for me to sort through multiple briefs, especially when one is submitted by a lawyer and one is submitted *pro se*.

On July 13, 2006, the petitioner filed the Supplement. The Supplement does not stand alone; it incorporates "the arguments and facts asserted in Applicant's pro se application, traverse and other supporting documents . . . ." Accordingly,

IT IS ORDERED that the Supplement is STRICKEN.

IT IS FURTHER ORDERED that the petitioner is directed to file an amended petition, if any, on or before **August 14, 2006**. If an amended petitioner is filed, it must conform to my August 4, 2005, directives.

Dated July 17, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge