IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01072-ZLW-BNB

JOHN E. LOPEZ,

Applicant,

v.

CARL ZENON, and
KEN SALAZAR, The Attorney General of the State of Colorado,

Respondents.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to File an Amended Answer in Response to Amended Petition Pursuant to 28 U.S.C. Section 2254** [docket no. 91, filed August 15, 2006] (the "Motion").

      IT IS ORDERED that the respondents shall respond to the Amended Petition on or before **October 13, 2006**.

DATED:  August 16, 2006