IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-01072-ZLW-BNB

JOHN E. LOPEZ,

    Petitioner,

v.

CARL ZENON, and
KEN SALAZAR, The Attorney General of the State of Colorado,

    Respondents.

---

**ORDER**

---

The matter before the Court is Petitioner's Amended Petition Pursuant To 28 U.S.C. Section 2254 (Doc. 90). This case was referred to Magistrate Judge Boyd N. Boland pursuant to D.C.COLO.LCivR 72.1 for purposes of making recommendations to the Court on all matters contained therein.[1] On May 5, 2008, the Magistrate Judge issued his Recommendation that Petitioner be allowed to withdraw Claim Two and proceed on the remaining claim.[2] Petitioner agrees with the Recommendation and has agreed to withdraw Claim Two.[3]

---

[1] Special Order Of Reference To Magistrate Judge (Doc. No. 10; Jul 7. 2004).

[2] Recommendation Of United States Magistrate Judge (Doc. No. 109).

[3] Motion To Withdraw . . . (Doc. No. 110; May 9, 2008).

As required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the Court has reviewed de novo the Recommendation and accepts and adopts the Recommendation (Doc. No. 109) in its entirety. Accordingly, it is

ORDERED that Petitioner's Motion To Withdraw Claim II Of Applicant's Writ Of Habeas Corpus Petition Consistent With The Report And Recommendation Issued By The Magistrate Judge (Doc. No. 110; May 9, 2008) is granted and Claim Two is withdrawn. It is

FURTHER ORDERED that Petitioner may proceed with his remaining claim. It is

FURTHER ORDERED that in the future, all titles to motions and other papers shall be ten words or less. It is

FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 17(d) & 25(d), "The Attorney General of the State of Colorado" is hereby substituted for Respondent Ken Salazar.

DATED at Denver, Colorado, this  28th  day of May, 2008.

                BY THE COURT:

                ZITA L. WEINSHIENK, Senior Judge
                United States District Court