IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-01072-ZLW-BNB

JOHN E. LOPEZ,

    Petitioner,

v.

CARL ZENON, and
KEN SALAZAR, the Attorney General of the State of Colorado,

    Respondents.

---

## ORDER

---

The matter before the Court is a CJA Ex Parte Motion: Second Request For Interim Payment Pursuant To The Attached Order Approving Interim Fees In Excess Of The Statutory Maximum (Doc. No. 113; July 5, 2008). After reviewing the interim vouchers submitted with the motion, it is

ORDERED that the Motion is granted and Robert G. Levitt, counsel for Petitioner, is authorized to be compensated $1,408.00 (80% of $1,760.00) for his interim payment for representation pursuant to the October 29, 2007 Order signed by

the Chief Judge of the United States Court of Appeals for the Tenth Circuit (Doc. No. 107-2).

DATED at Denver, Colorado, this  11th  day of July, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court