IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 04-cv-01072-ZLW-BNB

JOHN E. LOPEZ,

       Petitioner,

v.

CARL ZENON, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

       Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

       This Court, in the above entitled proceedings, has rendered an Order denying petitioner's Amended Petition Pursuant To 28 U.S.C. § 2254 and dismissing the case. The Court has reviewed the record which conclusively shows that petitioner is entitled to no relief. The reasons stated in the Order On Petition For Habeas Corpus filed January 27, 2010, are incorporated herein by reference as though fully set forth. Accordingly, the Court finds that a certificate of appealability should not issue because petitioner has not made a substantial showing of the denial of a constitutional right. It is, therefore,

       ORDERED that no certificate of appealability will issue.

       DATED at Denver, Colorado, this __5th__ day of __February__, 2010.

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court