```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 06 2011

GREGORY C. LANGHAM
                    CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   04-cv-01072-ZLW-BNB

JOHN E. LOPEZ,

    Petitioner,

vs.

CARL ZENON, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated:  October 6, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-01072 ZLW-BNB

Adams County Court
Adams County Justice Center
1100 Judicial Center Dr.
Brighton, CO 80601

John E. Lopez
# 83639
AVCF
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034

John Jacob Fuerst, III - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

Cheryl Hone Canaday - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  10/6/11  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk